IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR85 |
| Plaintiff, | ) ) ) | |
| v. | ) | ORDER |
| LAMAR BERTUCCI, | ) ) ) | |
| Defendant. | ) | |

Before the court is defendant's oral motion for release to the North East Panhandle Substance Abuse Center (NEPSAC). Defense counsel has notified the court the a placement is ready for defendant beginning Thursday, May 6, 2010. The court is also advised that in consultation with the US Probation Officer that AUSA Sandra Denton has no objection to the defendant's release for treatment. Accordingly,

IT IS ORDERED:

1. On **Thursday, May 6, 2010,** the defendant is to report for treatment between 2:00 p.m. and 6:00 p.m. at the North East Panhandle Substance Abuse Center (NEPSAC), 305 Foch Street, Gordon, Nebraska 69343, where he is ordered to remain, participate in and complete its treatment program and obey all rules of the program.

2. The defendant will be released on May 6, 2010, from the custody of the United States Marshal after processing.

3. The defendant will abide by all the terms and conditions of his supervised release previously imposed.

4. The final disposition hearing remains scheduled for **June 16, 2010, at 8:30 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 5th day of May, 2010.

BY THE COURT:

s/Joseph F. Bataillon
CHIEF DISTRICT JUDGE